DAVID H. KRAMER, State Bar No. 168452
JACOB VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dkramer@wsgr.com
Email:  jveltman@wsgr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONG FI, INC., *et al.*, | Case No.  3:14-cv-05080-SC |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER RENOTICING HEARING AND EXTENDING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| GOOGLE INC. and YOUTUBE, LLC, | |
| Defendants. | Before: Hon. Samuel Conti |

1        WHEREAS, Plaintiff Song fi, Inc. filed its original Complaint in this action against

2  Defendants on July 28, 2014;

3        WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") on August 15, 2014;

4        WHEREAS, Judge Rosemary Collyer of the U.S. District Court for the District of

5  Columbia ordered this action to be transferred to this Court on October 29, 2014 and dismissed

6  Defendants' then-pending Motion to Dismiss as moot;

7        WHEREAS, Defendants filed a renewed Motion to Dismiss in this Court on December

8  23, 2014 and noticed the motion to be heard on February 20, 2015 pursuant to Section 3 of the

9  Court's Standing Civil Order;

10        WHEREAS, Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants'

11  Reply are currently due to be filed on January 6 and January 13, 2015, respectively, pursuant to

12  Civil Local Rule 7-3;

13        WHEREAS, given the holidays, Plaintiffs have requested additional time to respond to

14  Defendants' motion for the reasons more fully explained in the Declaration of Ronald F. Wick

15  submitted herewith;

16        WHEREAS, there have been no prior extensions sought or granted with respect to this

17  matter;

18        THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

19                          **STIPULATION**

20      1.      The deadline for Plaintiffs to file their Opposition to Defendants' Motion to

21  Dismiss shall be extended to February 2, 2015.

22      2.      The deadline for Defendants to file their Reply in Support of their Motion to

23  Dismiss shall be extended to March 4, 2015.

24      3.      The hearing on Defendants' Motion to Dismiss shall be continued to March 20,

25  2015.

26

27

28

1  DATED:  January 5, 2015

WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation

3  By: /s/ Jacob Veltman
            Jacob Veltman
4
Attorneys for Defendants
5

6

7  DATED:  January 5, 2015

COZEN O'CONNOR LLP
8

9  By: /s/ Erik L. Jackson
            Erik L. Jackson
10  Attorneys for Plaintiffs

11

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16  DATED: _____01/06/2015_____

Hon.
United

Judge Samuel Conti

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Jacob Veltman, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.


DATED:  January 5, 2015                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By: _/s/_ Jacob Veltman_____
                                                  Jacob Veltman

                                           *Attorneys for Defendants*