DAVID H. KRAMER, State Bar No. 168452
JACOB VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: jveltman@wsgr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONG FI, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC. and YOUTUBE, LLC,<br><br>　　　　Defendants. | Case No. 3:14-cv-05080-SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RENOTICING HEARING AND EXTENDING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS**<br><br>Before: Hon. Samuel Conti |

WHEREAS, Defendants filed a renewed Motion to Dismiss in this Court on December 23, 2014 and noticed the motion to be heard on February 20, 2015;

WHEREAS, on January 16, 2015, the Court granted the parties' stipulated request to continue the hearing on Defendants' Motion to Dismiss to March 20, 2015;

WHEREAS, on February 2, 2015, Plaintiffs filed a Motion for Partial Summary Judgment and noticed it for hearing on March 20, 2015;

WHEREAS, Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Reply are currently due to be filed on February 17, 2015 and February 24, 2015, respectively, pursuant to Civil Local Rule 7-3;

WHEREAS, Defendants seek to extend their time to respond to Plaintiffs' Motion for Partial Summary Judgment for the reasons more fully explained in the Declaration of Jacob T. Veltman submitted herewith;

WHEREAS, Plaintiffs have requested that the hearing on the Motion to Dismiss be continued concomitantly with any continuance of the hearing on the Motion for Partial Summary Judgment;

WHEREAS, there have been no prior extensions sought or granted with respect to Plaintiffs' Motion for Summary Judgment;

THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1.  The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Partial Summary Judgment shall be extended to March 18, 2015.

2.  The deadline for Plaintiffs to file their Reply in Support of their Motion for Partial Summary Judgment shall be extended to April 20, 2015.

3.  The hearings on Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment shall be continued to May 1, 2015.

DATED: February 11, 2015          WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By: /s/ Jacob Veltman
                                      Jacob Veltman

                                  *Attorneys for Defendants*


DATED: February 11, 2015          COZEN O'CONNOR LLP


                                  By: /s/ Erik L. Jackson
                                      Erik L. Jackson

                                  *Attorneys for Plaintiffs*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 02/12/2015

                                  _____
                                  Judge Samuel Conti

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2   I, Jacob Veltman, am the ECF User whose identification and password are being used to
3 file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories
4 have concurred in this filing.

6 DATED: February 11, 2015                    WILSON SONSINI GOODRICH & ROSATI
7                                              Professional Corporation

8                                              By: /s/ Jacob Veltman
9                                                    Jacob Veltman

10                                             *Attorneys for Defendants*