DAVID H. KRAMER, State Bar No. 168452
JACOB VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: jveltman@wsgr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SONG FI, INC., *et al.*, | ) | Case No. 3:14-cv-05080-SC |
| Plaintiffs, | ) ) ) | **STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING BRIEFING** |
| v. | ) ) | **SCHEDULE RE PLAINTIFF'S MOTION FOR PARTIAL** |
| GOOGLE INC. and YOUTUBE, LLC, | ) ) | **SUMMARY JUDGMENT** |
| Defendants. | ) ) | Before: Hon. Samuel Conti |

1 | WHEREAS, on February 2, 2015, Plaintiffs filed a Motion for Partial Summary Judgment and noticed it for hearing on March 20, 2015;

WHEREAS, on February 12, 2015, the Court continued the hearing on the Motion to May 1, 2015 and extended Defendants' time to file an Opposition to the Motion and Plaintiffs' time to file a Reply to March 18, 2015 and April 20, 2015, respectively;

WHEREAS, Defendants seek a short extension of their time to respond to Plaintiffs' Motion due to a recent death in the family of counsel for Defendants, as more fully explained in the Declaration of Jacob T. Veltman filed concurrently herewith;

WHEREAS, the extension sought by Defendants will have no effect on the schedule for the case as it will not affect the hearing date on the Motion;

THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Partial Summary Judgment shall be extended to March 23, 2015.

2. The deadline for Plaintiffs to file their Reply in Support of their Motion for Partial Summary Judgment shall be correspondingly extended to April 24, 2015.

DATED: March 18, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jacob Veltman
Jacob Veltman

*Attorneys for Defendants*

DATED: March 18, 2015

COZEN O'CONNOR LLP

By: /s/ Erik L. Jackson
Erik L. Jackson

*Attorneys for Plaintiffs*

STIP. RE MOT. FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-CV-05080-SC
-1-

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: 03/18/2015

_____
Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature stamp "Judge Samuel Conti"]*