DAVID H. KRAMER, State Bar No. 168452
JACOB VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: jveltman@wsgr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONG FI, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. and YOUTUBE, LLC, <br><br> Defendants. | Case No. 3:14-cv-05080-SC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING RE PLAINTIFFS' MOTION TO AMEND AND CASE MANAGEMENT CONFERENCE** <br><br> Before: Hon. Samuel Conti |

1  WHEREAS, a case management conference is currently set for August 14, 2015;

2  WHEREAS, on July 10, 2015, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion to Amend") and noticed it for hearing on August 14, 2015;

3  WHEREAS, Defendants' Opposition to the Motion to Amend and Plaintiffs' Reply are currently due to be filed on July 24, 2015 and July 31, 2015, respectively, pursuant to Civil Local Rule 7-3;

4  WHEREAS, Defendants seek to extend their time to respond to Plaintiffs' Motion to Amend for the reasons more fully explained in the Declaration of Jacob T. Veltman submitted herewith, and Plaintiffs have requested a corresponding extension of their time to file a Reply;

5  WHEREAS, a continuance of the hearing on the Motion to Amend will be necessary to accommodate the briefing schedule requested by the parties;

6  WHEREAS, the parties believe it would not be productive to hold a case management conference until the pleadings are resolved;

THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The deadline for Defendants to file their Opposition to Plaintiffs' Motion to Amend shall be extended to August 14, 2015.

2. The deadline for Plaintiffs to file their Reply in Support of their Motion to Amend shall be extended to September 4, 2015.

3. The hearing on Plaintiffs' Motion to Amend shall be continued to September 11, 2015 at 10:00 a.m.

4. The case management conference currently set for August 14, 2015 is vacated. In the event that Plaintiffs' Proposed Second Amended Complaint survives the motion to dismiss stage, the Court will schedule a new case management conference at that time.

1 | DATED: July 23, 2015 | WILSON SONSINI GOODRICH & ROSATI
2 | | Professional Corporation
3 | | By: /s/ Jacob Veltman
4 | | Jacob Veltman
5 | | *Attorneys for Defendants*
6 | DATED: July 23, 2015 | COZEN O'CONNOR LLP
7 | |
8 | | By: /s/ Ronald F. Wick
  | | Ronald F. Wick
9 | | *Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 07/24/2015

_____
Honorable Samuel Conti
United States District Judge