1 | DAVID H. KRAMER, State Bar No. 168452
SARA E. ROWE, State Bar No. 295353
2 | BRIANNA C. KOHR, State Bar No. 300531
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100
Email: dkramer@wsgr.com; srowe@wsgr.com;
6 | bkohr@wsgr.com

7 | BRIAN WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
8 | Professional Corporation
1301 Avenue of the Americas
9 | New York, NY 10019
Telephone: (212) 999-5800
10 | Email: bwillen@wsgr.com

11 | Attorneys for Defendants
GOOGLE INC. and
12 | YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONG FI, et al., | CASE NO.: 4:14-CV-05080-CW |
| Plaintiffs, | **DEFENDANTS' SUPPLEMENT TO ADMINISTRATIVE MOTION TO STAY DISCVOVERY** |
| v. | |
| GOOGLE INC. and YOUTUBE, LLC, | The Hon. Claudia Wilken |
| Defendants. | DEPT: Courtroom 2, 4th Floor
1301 Clay Street, Oakland, CA |

**SUPPLEMENT TO ADMINISTRATIVE MOTION TO STAY DISCOVERY**

In further support of their pending administrative motion (Dkt. 99), Defendants Google Inc. and YouTube, LLC ("Defendants") wish to inform the Court that Plaintiffs, as their very first deposition requests in this case, have now served formal deposition notices for three of Defendants' highest-ranking corporate officers: Sergey Brin, the President of Alphabet Inc., Google's parent company, Eric Schmidt, the Executive Chairman of Alphabet Inc., and Susan Wojcicki, the Chief Executive Officer of YouTube. At the same time, Plaintiffs also requested deposition dates for two additional apex corporate officers: David Drummond, the Chief Legal Officer of Alphabet, and Larry Page, the CEO of Alphabet. Because Plaintiffs have no reasonable basis for believing that any of these high-ranking individuals have relevant personal knowledge, Defendants will move for a protective order should this case proceed. But, as explained in Defendants' administrative motion, there is no reason for the parties and the Court to address that issue, or take up other issues relating to discovery in this case, until after it is determined that Plaintiffs' Third Amended Complaint ("TAC") can survive a motion to dismiss. Per the Court's order, Defendants will file their motion to dismiss the TAC this coming Monday (May 2, 2016). Accordingly, Defendants respectfully request that discovery be stayed until the Court rules on that motion.

Respectfully Submitted:

Dated: April 26, 2016

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation

By:  /s/ *Brian M. Willen*
       Brian M. Willen

*Attorneys for Defendants*