```
               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

                        MINUTE ORDER
```

**The Honorable Claudia Wilken, Presiding**
**Date:** December 19, 2017                    **Time:** 54 minutes
**Deputy Clerk:** Doug Merry      **Court Reporter:** Raynee Mercado

**Case No.:** 14-cv-05080-CW
**Case Name:** Song Fi, Inc v. Google, Inc

**Appearances for Plaintiff:** Charles LiMandri, Edward Lyle
**Appearances for Defendant:** Brian Willen, Samuel Dippo

**Proceedings:   Motion for Partial Summary Judgment - held.**
**                Cross Motion for Summary Judgment - held.**
**                Further Case Management Conference - held.**

The Court hears argument. The Court takes the motions under submission and will issue an order.

Counsel shall file an update with the Court when they have more detailed information regarding Ms. Haas' ability to testify at trial.